IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UCB, INC., UCB MANUFACTURING IRELAND LIMITED, UCB PHARMA GMBH, and LTS LOHMANN THERAPIE-SYSTEME AG, | ) ) ) ) ) | |
| Plaintiffs. | ) ) | |
| v. | ) ) | C.A. No. 14-1083 (SLR) |
| WATSON LABORATORIES, INC. (Nevada) and WATSON LABORATORIES, INC. (Delaware), | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO DISMISS
DEFENDANTS' INVALIDITY COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiffs UCB, Inc., UCB Manufacturing Ireland Limited, UCB Pharma GmbH, and LTS Lohmann Therapie-Systeme AG (collectively, "Plaintiffs") move to dismiss Counts I, III, V, VII, IX, and XI of Defendants' counterclaims for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Plaintiffs' Opening Brief, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
psaindon@mnat.com

*Attorneys for Plaintiffs*

OF COUNSEL:

George F. Pappas
Kevin B. Collins
Courtney R. Forrest
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 662-6000

Jennifer L. Robbins
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 841-1000

November 10, 2014
8613370

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 10, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 10, 2014, upon the following in the manner indicated:

Melanie K. Sharp, Esquire                                            *VIA ELECTRONIC MAIL*
James L. Higgins, Esquire
Robert M. Vrana, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendants*

Thomas J. Meloro, Esquire                                            *VIA ELECTRONIC MAIL*
Heather M. Schneider, Esquire
Danielle L. Clout, Esquire
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019
*Attorneys for Defendants*

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)