IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC., UCB MANUFACTURING IRELAND LIMITED, UCB PHARMA GMBH, and LTS LOHMANN THERAPIE-SYSTEME AG, <br><br>      Plaintiffs. <br><br>   v. <br><br>WATSON LABORATORIES, INC. (Nevada) and ACTAVIS LABORATORIES UT, INC. (f/k/a WATSON LABORATORIES, INC. (Delaware), <br><br>      Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 14-1083 (SLR) (SRF) ) ) ) ) ) ) ) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that all claims for infringement of U.S. Patent Nos. 8,246,979 ("the '979 Patent") and 8,246,980 ("the '980 Patent") based on Defendants' submission of Abbreviated New Drug Application ("ANDA") No. 206348 to the FDA, and all counter-claims for judgment of non-infringement, invalidity and unenforceability of the '979 and '980 Patents are DISMISSED WITH PREJUDICE. This dismissal, however, is made without prejudice to Plaintiffs' ability to assert the '979 Patent, the '980 Patent, or both, for any other ANDA or to reassert the '979 Patent, the '980 Patent, or both, if Defendants make a change to the product that is the subject of ANDA No. 206348 and that change either requires a new or supplemental bioequivalence study or alters the infringement analysis with respect to any claim of the '979 Patent, the '980 Patent, or both. Further, this dismissal is without prejudice to Defendants' ability to reassert the counterclaims for the respective patent in the event that the '979 Patent, the

'980 Patent, or both, is reasserted against them. Each Party is to bear its own costs, expenses, and attorneys' fees with respect to the '979 and '980 Patents.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Paul Saindon | /s/ Robert M. Vrana |
| Jack B. Blumenfeld (#1014) | Melanie Sharp (#2501) |
| Maryellen Noreika (#3208) | James L. Higgins (#5021) |
| Paul Saindon (#5110) | Robert M. Vrana (#5666) |
| 1201 North Market Street | Rodney Square |
| P.O. Box 1347 | 1000 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 571-6681 |
| jblumenfeld@mnat.com | msharp@ycst.com |
| mnoreika@mnat.com | jhiggins@ycst.com |
| psaindon@mnat.com | rvrana@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| OF COUNSEL: | OF COUNSEL: |
| George F. Pappas | Thomas J. Meloro |
| Kevin B. Collins | Heather M. Schneider |
| Courtney R. Forrest | Alexandra F. Awai |
| David Sneed | Michael W. Johnson |
| COVINGTON & BURLING LLP | WILLKIE FARR & GALLAGHER LLP |
| One CityCenter | 787 Seventh Avenue |
| 850 Tenth Street, NW | New York, NY 10019 |
| Washington, DC 20001 | (212) 728-8000 |
| (202) 662-6000 | |
| Jennifer L. Robbins | |
| COVINGTON & BURLING LLP | |
| The New York Times Building | |
| 620 Eighth Avenue | |
| New York, NY 10018 | |
| (212) 841-1000 | |
| Kathryn S. Garcin | |
| COVINGTON & BURLING LLP | |
| 9191 Towne Centre Drive, 6th Floor | |
| San Diego, CA 92122 | |
| (858) 678-1800 | |

- 3 -

RICHARDSON & ROSOW LLC
Peter C. Richardson
Traci Medford-Rosow
147 East 37th Street
New York, NY  10016
(646) 449-9055

May 15, 2015

       SO ORDERED this _____ day of May, 2015.

                                                United States District Judge

9157426