IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC., UCB MANUFACTURING IRELAND LIMITED, UCB PHARMA GMBH, and LTS LOHMANN THERAPIE-SYSTEME AG, | ) ) ) ) ) |
| Plaintiffs. | ) ) |
| v. | ) C.A. No. 14-1083 (SLR) (SRF) ) |
| WATSON LABORATORIES, INC. and ACTAVIS LABORATORIES UT, INC., | ) ) ) |
| Defendants. | ) |

### REVISED JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Scheduling Order Scheduling Order (D.I. 18), the parties hereby respectfully submit the attached Revised Joint Claim Construction Chart that reflects further discussions of the parties to narrow the issues for the Court on claim construction and the terms briefed the parties' respective claim construction briefs.

The parties' proposed constructions of the agreed upon and disputed terms of the Patents-in-Suit are attached hereto as Appendices A-D.

The parties agree that the remaining claim terms not mentioned herein are to be construed in accordance with their plain meaning.

- 2 -

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Paul Saindon* | /s/ *Robert M. Vrana* |
| Jack B. Blumenfeld (#1014) | Melanie K. Sharp (#2501) |
| Maryellen Noreika (#3208) | James L. Higgins (#5021) |
| Paul Saindon (#5110) | Robert M. Vrana (#5666) |
| 1201 North Market Street | Rodney Square |
| P.O. Box 1347 | 1000 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | |
| jblumenfeld@mnat.com | *Attorneys for Defendants Watson* |
| mnoreika@mnat.com | *Laboratories, Inc. and Actavis* |
| psaindon@mnat.com | *Laboratories UT, Inc.* |
| *Attorneys for Plaintiffs UCB, Inc., UCB Pharma GmbH, UCB Manufacturing Ireland Limited, and LTS Lohmann Therapie-Systeme AG* | OF COUNSEL:<br><br>Thomas J. Meloro, Esquire<br>Heather M. Schneider, Esquire<br>Alexandra F. Awai, Esquire<br>Michael W. Johnson, Esquire<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>*Attorneys for Defendants* |

November 9, 2015
9618695

## APPENDIX A

**Agreed Upon Claim Term of U.S. Patent No. 6,884,434**

| Claim Term | Joint Proposed Construction |
|---|---|
| "wherein the matrix is based on a [sic] an acrylate-based or silicone-based polymer adhesive system having a solubility of ≥5% (w/w) for the free base (–)-5,6,7,8-tetrahydro-6-[propyl-[2-(2-thienyl) ethyl]-amino ]-1-naphthalenol" | "wherein the matrix is a matrix layer containing an acrylate-based or silicone-based polymer adhesive system having a solubility of ≥5% (w/w) for the free base of rotigotine" |

## APPENDIX B

**Agreed Upon Claim Terms of U.S. Patent No. 7,413,747**

| Claim Term | Joint Proposed Construction |
|---|---|
| "an amine-resistant silicone adhesive"<br><br>"an amino-resistant silicone adhesive" | "a silicone adhesive compatible with amines" |
| "a self-adhesive matrix that comprises a silicone-based polymer adhesive system"<br><br>"a self-adhesive matrix layer . . . that comprises a silicone-based polymer adhesive system." | "a self-adhesive matrix containing a silicone polymer"<br><br>"a self-adhesive matrix layer containing a silicone polymer" |

| | |
|---|---|
| "said adhesive system consisting essentially of (a) an amine-resistant silicone adhesive and (b) polyvinylpyrrolidone in an amount of about 1.5% to 5% by weight of the matrix"<br><br>"said adhesive system consisting essentially of an amino-resistant silicone adhesive and polyvinylpyrrolidone in an amount of about 1.5% to 5% by weight of the matrix;" | "the adhesive system containing an amine-resistant silicone adhesive, polyvinylpyrrolidone in an amount of about 1.5% to 5% by weight of the matrix, together with any other structure, material, or acts whose inclusion does not affect the basic and novel properties of the invention defined in the claim"[1] |

---

[1] Actavis does not concede or agree that the claimed transdermal therapeutic system defines or possesses any "novel properties."

## APPENDIX C

**Agreed Upon Claim Term of U.S. Patent No. 8,617,591**

| Claim Term | Joint Proposed Construction |
|---|---|
| "wherein said free base is isolated prior to its incorporation into the self-adhesive matrix" | "wherein said free base of rotigotine is separately prepared before its incorporation into the self-adhesive matrix" |

**Disputed Claim Term of U.S. Patent No. 8,617,591**

| Claim Term | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| "wherein the microreservoirs have a mean diameter in the range of 1% to 40% of the thickness of the self-adhesive matrix." | "wherein the mean value of the x,y,z-average diameters of all the microreservoirs is in the range of 1% to 40% of the thickness of the self-adhesive matrix" | "wherein the microreservoirs have a mean diameter in the range of 1% to 40% of the thickness of the self-adhesive matrix and a maximum diameter less than the thickness of the self-adhesive matrix" |

## APPENDIX D

**Agreed Upon Claim Term of U.S. Patent No. 8,932,665**

| Claim Term | Joint Proposed Construction |
|---|---|
| "A method for preventing the crystallization of a pharmaceutical in a polymer film" | The preamble is limiting |