IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC., UCB MANUFACTURING IRELAND LIMITED, UCB PHARMA GMBH, and LTS LOHMANN THERAPIE-SYSTEME AG, <br><br> Plaintiffs. <br><br> v. <br><br> WATSON LABORATORIES, INC. and ACTAVIS LABORATORIES UT, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 14-1083 (SLR) (SRF) |

## JOINT CLAIM CONSTRUCTION APPENDIX

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
psaindon@mnat.com

*Attorneys for Plaintiffs UCB, Inc., UCB Pharma GmbH, UCB Manufacturing Ireland Limited, and LTS Lohmann Therapie-Systeme AG*
November 12, 2015

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Melanie K. Sharp (#2501)
James L. Higgins (#5021)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, DE  19801

*Attorneys for Defendants Watson Laboratories, Inc. and Actavis Laboratories UT, Inc.*

**JOINT APPENDIX – TABLE OF CONTENTS**

| Tab No. | Reference | Description |
|---|---|---|
| A | D.I. 89, Exhibit 6<br>D.I. 91, Exhibit 2 | U.S. Patent No. 8,617,591 (Schacht et al.) |
| B | | Certified File History for U.S. Patent No. 8,617,591 (Schacht et al.) (NEU-0001212 – NEU-0001479) |
| C | D.I. 89, Exhibit 9<br>D.I. 91, Exhibit 15 | January 10, 2013 Amendment A and Response to Office Action Dated 12 July 201 (Including Petition for Extension of Time Under 37 C.F.R. §1.136(a) (NEU-0001357 – NEU-0001382) |
| D | D.I. 91, Exhibit 28 | April 18, 2013 Office Action (NEU-0001390 – NEU-0001400) |
| E | D.I. 105, Exhibit 30 | Terminal Disclaimer to Obviate a Double Patenting Rejection Over "Prior" Patent (NEU-0001417 – NEU-0001418) |

**DEFENDANTS' APPENDIX – TABLE OF CONTENTS**

| Tab No. | Reference | Description |
|---|---|---|
| F | D.I. 91, Exhibit 13 | U.S. Patent No. 8,246,979 (Schacht et al.) |
| | | Certified File History for U.S. Patent No. 8,246,979 (Schacht et al.) (NEU-0001866 – NEU-0004939)[1] |
| G | D.I. 91, Exhibit 17 | February 15, 2008 Amendment and Response to Office Action Dated August 17, 2007 (NEU-0002104 – NEU-0002106; NEU-0002120 – NEU-0002121; NEU-0002107 – NEU-0002115) |
| H | D.I. 91, Exhibit 18 | March 9, 2009 Response to Office Action Dated November 12, 2008 (NEU-0003106 – NEU-0003114) |
| I | D.I. 91, Exhibit 19 | September 24, 2009 Request for Continued Examination (NEU-0003137; NEU-0003150 – NEU-0003161; NEU-0003138) |
| J | D.I. 91, Exhibit 22 | July 2, 2010 Request for Continued Examination Under 37 C.F.R. § 1.114 and Amendment E and Response to Office Action (NEU-0003632 – NEU-0003647) |
| K | D.I. 91, Exhibit 23 | February 25, 2011 Amendment F and Response to Office Action Dated 31 August 2010 (NEU-0004004 – NEU-0004005; NEU-0004022 – NEU-0004023; NEU-0004006 – NEU-0004021) |
| L | D.I. 91, Exhibit 25 | November 10, 2011 Appeal Brief Under 37 C.F.R. § 41.37 (NEU-0004710 – NEU-0004739) |
| M | D.I. 91, Exhibit 26 | April 27, 2012 Request for Continued Examination Under 37 C.F.R. § 1.114 (NEU-0004785; NEU-0004782 – NEU-0004784; NEU-0004762 – NEU-0004781) |
| N | D.I. 91, Exhibit 27 | June 15, 2012 Notice of Allowance (NEU-0004801 – NEU-0004803; NEU-0004806; NEU-0004796 – NEU-0004800) |
| O | D.I. 91, Exhibit 14 | U.S. Patent No. 8,246,980 (Schacht et al.) |

---

[1] Due to the volume of the certified prosecution file histories of the 8,246,979 and 8,246,980 patents, Defendants' Appendix includes only those excerpts that were previously cited in the briefing.

| Tab No. | Reference | Description |
|---|---|---|
|  |  | Certified File History for U.S. Patent No. 8,246,980 (Schacht et al.) (NEU-0004940 – NEU-0007790) |
| P | D.I. 91, Exhibit 16 | February 7, 2008 Amendment and Request for Continued Examination (NEU-0005356; NEU-0005359 – NEU-0005368) |
| Q | D.I. 105, Exhibit 29 | July 29, 2008 Terminal Disclaimer to Obviate a Provisional Double Patenting Rejection over a Pending "Reference" Application (NEU-0006318) |
| R | D.I. 91, Exhibit 20 | May 29, 2009 Amendment and Response to Office Action Dated February 2, 2009 (NEU-0006359; NEU-0006378; NEU-0006364 – NEU-0006377) |
| S | D.I. 91, Exhibit 21 | February 4, 2010 Request for Continued Examination under 37 C.F.R. § 1.114 and Amendment E (NEU-0006455; NEU-0006414; NEU-0006452 – NEU-0006454; NEU-0006440 – NEU-0006451; NEU-0006439) |
| T | D.I. 91, Exhibit 24 | August 10, 2011 Appeal Brief Under 37 C.F.R. § 41.37 (NEU-0007525 – NEU-0007552) |