IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC., UCB MANUFACTURING IRELAND LIMITED, UCB PHARMA GMBH, and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>    Plaintiffs.<br><br>    v.<br><br>WATSON LABORATORIES, INC. and ACTAVIS LABORATORIES UT, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 14-1083 (LPS) (SRF)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that all claims for infringement of U.S. Patent Nos. 7,413,747 ("the '747 Patent"), 8,617,591 ("the '591 Patent") and 8,932,665 ("the '665 Patent") based on Defendants' submission of Abbreviated New Drug Application ("ANDA") No. 206348 to the FDA, and any manufacture, use, sale, offer for sale or importation of the product described in ANDA No. 206348 are dismissed with prejudice in accordance with a Covenant Not to Sue dated August 31, 2017 (the "Covenant"), and all counter-claims for judgment of non-infringement, invalidity and unenforceability of the '747, '591 and '665 Patents are DISMISSED WITHOUT PREJUDICE. This dismissal is made without prejudice to Plaintiffs' ability to assert the '747 Patent, '591 Patent, and/or the '665 Patent, for any other ANDA or as provided in the Covenant. Further, this dismissal is without prejudice to and does not affect Defendants' ability to assert or reassert any claim, defense or counterclaim, in the event that the '747, '591, and/or '665 Patent is reasserted against them on any ground. Each Party is to bear its own costs, expenses, and attorneys' fees with respect to the '747 and '591, and '665 Patents.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ James L. Higgins* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>Derek J. Fahnestock (#4705)<br>Michael J. Flynn (#5333)<br>Eleanor Tennyson (#5812)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br>dfahnestock@mnat.com<br>mflynn@mnat.com<br>etennyson@mnat.com | Melanie Sharp (#2501)<br>James L. Higgins (#5021)<br>Robert M. Vrana (#5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6681<br>msharp@ycst.com<br>jhiggins@ycst.com<br>rvrana@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| OF COUNSEL: | OF COUNSEL: |
| James S. Trainor, Jr.<br>Kevin X. McGann<br>Robert E. Counihan<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1095<br>(212) 819-8200 | Leora Ben-Ami<br>Thomas F. Fleming<br>Christopher T. Jagoe<br>Sam Kwon<br>Mark C. McLennan<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 1022-4611<br>(212) 446-4800 |
| | Alyse Wu<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 |
| | Noah Frank<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005-5793<br>(202) 879-5000 |
| November 21, 2017<br>11464583 | |

SO ORDERED this _____ day of _____, 2017.

_____
Chief, United States District Judge