IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC., UCB MANUFACTURING IRELAND LIMITED, UCB PHARMA GMBH, and LTS LOHMANN THERAPIE-SYSTEME AG, <br><br> Plaintiffs. <br><br> v. <br><br> WATSON LABORATORIES, INC. and ACTAVIS LABORATORIES UT, INC., <br><br> Defendants. | C.A. No. 14-1083 (LPS) (SRF) |

~~[PLAINTIFFS' PROPOSED]~~ FINAL JUDGMENT

This action, having been tried before the Court from June 20 through June 23, 2017, the Honorable Leonard P. Stark, Chief District Judge presiding, and a decision following post-trial briefing having been rendered:

**IT IS HEREBY ORDERED AND ADJUDGED** this 13th day of December 2017, for the reasons set forth in the Memorandum Opinion dated November 14, 2017 (D.I. 270) that:

1. Judgment is entered in favor of Plaintiffs UCB, Inc., UCB Manufacturing Ireland Limited, UCB Pharma GmbH, and LTS Lohmann Therapie-Systeme AG (collectively, "Plaintiffs") and against Defendants Watson Laboratories, Inc. and Actavis Laboratories UT, Inc. (collectively, "Actavis") on Plaintiffs' claim that the submission of Actavis's Abbreviated New Drug Application ("ANDA") No. 206348 to the Food and Drug Administration ("FDA") was an act of infringement of claims 1, 5, 7, 14 and 15 of U.S. Patent No. 6,884,434 (the "'434 Patent") and that the commercial manufacture, use, offer for sale, sale, and/or importation into the United States of the proposed generic version of Plaintiffs' Neupro® rotigotine transdermal

01:22599344.1

system that is the subject of Actavis's ANDA No. 206348 would infringe claims 1, 5, 7, 14 and 15 of the '434 Patent.

2. Judgment is entered in favor of Plaintiffs and against Actavis on Actavis's counterclaim that claims 1, 5, 7, 14, and 15 of the '434 Patent are invalid.

3. Judgment is entered in favor of Actavis and against Plaintiffs on Actavis's counterclaim that claims 1-3 of U.S. Patent No. 8,232,414 are invalid.

4. Pursuant to 35 U.S.C. § 271(e)(4)(A), it is hereby ordered that the effective date of any final approval by the FDA of Actavis's ANDA No. 206348 is to be a date not earlier than the date of expiration of the '434 Patent.

5. Pursuant to 35 U.S.C. § 271(e)(4)(B), Actavis and its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise, are hereby enjoined from the commercial: manufacturing, using, offering to sell, or selling within the United States, or importing into the United States, of Actavis's proposed generic version of Plaintiffs' Neupro® rotigotine transdermal system that is the subject of Actavis's ANDA No. 206348 during the term of the '434 Patent.

6. All other claims and counterclaims are hereby dismissed.

| | |
|---|---|
| 12/13/17 | _[signature]_ |
| DATED | CHIEF, UNITED STATES DISTRICT JUDGE |